# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>HAIMARK LINE, LTD.,<br><br>　　　　Debtor.<br><br>─────────────────────────<br><br>JEFFREY A. WEINMAN, duly-authorized representative of the Haimark Line, Ltd. bankruptcy estate,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION and FIRST DATA MERCHANT SERVICES LLC,<br><br>　　　　Defendants. | Case No. 15-22180-JGR<br><br>Chapter 11<br><br><br><br>Adv. Proc. No. 17-01461-JGR |

## NOTICE OF DISMISSAL

Jeffrey A. Weinman, pursuant to FED. R. BANKR. P. 7041 and FED. R. CIV. P. 41(a)(1)(i), hereby dismisses this action without prejudice.

Dated: April 11, 2018.

### GILBERT LAW OFFICE, LLC

By:  */s/ Michael T. Gilbert*
　　　Michael T. Gilbert, #15009
　　　730 17th Street, Suite 240
　　　Denver, CO, 80202
　　　Telephone: (303) 571-5636
　　　Michael@mtgilbertlaw.com

　　　*Counsel for Jeffrey A. Weinman, Chapter 7 Trustee.*